IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSTITUTO DE EDUCACION UNIVERSAL, INC. and ANGEL RUIZ RIVERA<br><br>Plaintiffs<br><br>v.<br><br>GREAT LAKES HIGHER EDUCATION CORP., et al.<br><br>Defendants | Civil No. 98-1300(SEC) |

## PARTIAL JUDGMENT

On April 19, 1999, co-defendants the United States Department of Education, its Secretary, the Honorable Richard Riley, and its Director of Administrative Actions and Appeals Division, Mr. David Morgan moved to dismiss the complaint in the above-captioned action. (**Docket # 27**). On November 24, 1999, co-plaintiff Instituto de Educación Universal, Inc. filed a motion acquiescing to co-defendants' request and asking, therefore, that its claims be dismissed as to them. (**Docket # 39**). Accordingly, it is hereby **ORDERED** that co-plaintiff Instituto de Educación Universal, Inc.'s claims contained in the Second Amended Complaint (**Docket # 22**) be **DISMISSED** with prejudice as to co-defendants the United States Department of Education, its Secretary, the Honorable Richard Riley, and its Director of Administrative Actions and Appeals Division, Mr. David Morgan. Partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)