IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC.
and ANGEL RUIZ RIVERA

Plaintiffs

v.

GREAT LAKES HIGHER EDUCATION
CORP., et al.

Defendants

Civil No. 98-1300 (SEC)

### ORDER

Before the Court is attorney Robert S. Lavet's application for admission *pro hac vice* as attorney of record of co-defendant, Student Loan Marketing Association ("Sallie Mae") in this case. **(Docket # 38)**. The Court has reviewed this application and finds it in compliance with Local Rule 204.2. A check in the amount of one hundred and fifty dollars ($150.00) has also been deposited with the Clerk of the Court. Accordingly, attorney Lavet's application for admission *pro hac vice* **(Docket # 38)** is hereby **GRANTED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this __7TH__ day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)