IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSTITUTO DE EDUCACION UNIVERSAL, INC. and ANGEL RUIZ RIVERA<br>Plaintiffs<br><br>v.<br><br>GREAT LAKES HIGHER EDUCATION CORP., et al.<br>Defendants | Civil No. 98-1300(SEC) |

### ORDER TO SHOW CAUSE

On April 19, 1999, co-defendants the United States Department of Education, its Secretary, the Honorable Richard Riley, and its Director of Administrative Actions and Appeals Division, Mr. David Morgan moved to dismiss the complaint in the above-captioned action. (**Docket # 27**). On June 29, 1999, co-defendant Student Loan Marketing Association ("Sallie Mae"), also moved to dismiss the complaint. (**Docket # 32**). Moreover, on August 24, 1999, Sallie Mae filed a "Supplemental Memorandum in Support of Motion to Dismiss" (**Docket # 37**), requesting that the Court grant its motion to dismiss as unopposed. Up to this date, co-plaintiff Angel Ruiz Rivera has failed to oppose these motions, as required by Local Rule 311.5. However, considering that he is a *pro se* complainant, the Court hereby **ORDERS** co-plaintiff Angel Ruiz Rivera to **SHOW CAUSE** within **ten (10) days** of the entry date of this order why co-defendants the United States Department of Education, its Secretary, the Honorable Richard Riley, its Director of Administrative Actions and Appeals Division, Mr. David Morgan, and Sallie Mae's respective motions to dismiss (**Dockets # 27 and # 32**) should not be granted. Failure to comply with this order may result in the dismissal of co-plaintiff Angel Ruiz Rivera's claims as to said co-defendants.

**SO ORDERED.**
In San Juan, Puerto Rico, this 7TH day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)