UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL, INC.
and ANGEL RUIZ RIVERA
    Plaintiffs
        v.                      Civil No. 98-1300(SEC)
GREAT LAKES HIGHER EDUCATION CORP.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 33** "Notice of Appearance" | The appearance of attorney Santiago R. Palmer on behalf of co-plaintiff Instituto de Educación Universal, Inc. is **NOTED**. Attorney Palmer's request for twenty days to familiarize himself with the case, etc., is **MOOT**. |
| **Docket # 34** Co-defendant Great Lakes Higher Education Corp.'s "Motion Requesting Status and Scheduling Conference" | **DENIED**. |
| **Docket # 35** Co-defendant Great Lakes Higher Education Corp.'s "Motion Requesting Extension of Time to Conclude Discovery and Request for Rescheduling of Deadline to File Summary Judgment" | On August 18, 1999, co-defendant requested an additional sixty days to conclude certain discovery and move for summary judgment. Those sixty days have long elapsed and co-defendant has not yet filed its motion for summary judgment. While co-defendant's request is moot by now, the Court hereby **GRANTS** it until **Friday, December 17, 1999**, to move for summary judgment. After this date, no summary judgment motions will be accepted but upon a showing of good cause. |
| **Docket # 36** Co-defendant Sallie Mae's "Motion Joining Great Lakes' Motion for an Extension of Time" | Motion to join is **NOTED**. Refer to disposition of Docket # 35 above. |

DATE: December 7TH, 1999

SALVADOR E. CASELLAS
United States District Judge

