UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC. and
ANGEL RUIZ RIVERA
   Plaintiffs
      v.                                    Civil No. 98-1300(SEC)
GREAT LAKES HIGHER
EDUCATION CORP., et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 48**<br>"Motion Seeking Modification of Deadline for Summary Judgment Motions" | All motions for summary judgment shall be filed no later than **February 1, 2000**. Co-defendant Sallie Mae's reply brief must be filed no later than **January 12, 2000**. |
| **Docket # 47**<br>"Motion Requesting Extension of Time to File Motion for Summary Judgment and to Compel Plaintiffs to Comply with Discovery" | Plaintiffs shall comply with co-defendant Great Lakes Higher Education Corp.'s discovery requests by **January 11, 2000**. Regarding co-defendant's motion for extension of time, see disposition of Docket # 48, above. |
| **Docket # 46**<br>"Great Lakes' Response to Plaintiff's Acceptance of Motion to Dismiss from the Department of Education" | Noted. |
| **Docket # 41**<br>"Motion Requesting Leave to File Reply to Plaintiff's Opposition to Motion to Dismiss" | Moot, as per disposition of Docket # 48, above. |

DATE: December 27, 1999

SALVADOR E. CASELLAS
United States District Judge



(7)