IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSTITUTO DE EDUCACION UNVERSAL, INC. and ANGEL RUIZ RIVERA<br><br>Plaintiffs<br><br>v.<br><br>GREAT LAKES HIGHER EDUCATION CORP., et al.<br><br>Defendants | Civil No. 98-1300(SEC) |



## PARTIAL JUDGMENT

Pursuant to the Court's order of March 31, 2000, co-plaintiff Angel Ruiz Rivera's claims contained in the second amended complaint (**Docket # 22**) are hereby **DISMISSED** with prejudice as to co-defendants the United States Department of Education, its Secretary, the Honorable Richard Riley, and its Director of Administrative Actions and Appeals Division, Mr. David Morgan, and the Student Loan Marketing Association. Partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13TH day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)