UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC. and
ANGEL RUIZ RIVERA
    Plaintiffs

        v.              Civil No. 98-1300(SEC)

GREAT LAKES HIGHER
EDUCATION CORP., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 56**<br>Sallie Mae's "Renewed Motion for Modification of Deadline for Summary Judgment" | Moot. |
| **Docket # 59**<br>Great Lakes Higher Education Corp.'s "Motion Requesting Extension of Time to Reply to Motion for Summary Judgment" | Moot. |
| **Docket # 64**<br>Attorney Courtney R. Carroll's "Motion Seeking Leave to Withdraw from Legal Representation" | Granted. |

DATE: April *13*, 2000

                              SALVADOR E. CASELLAS
                              United States District Judge

