IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL INC., et al.,

    Plaintiffs

    v.    CIVIL NO. 98-1300(SEC)

GREAT LAKES HIGHER EDUCATION CORP., et al.,

    Defendants

## ORDER

Pursuant to the order of Judge Casellas (D.E. #69), a Discovery Conference is hereby set of Wednesday, May 3, 2000 at 9:30 a.m. The Clerk of the Court is to take notice that co-plaintiff, Angel Ruiz-Rivera, is to be notified at the address that appears in the Informative Motion of March 2, 2000 (D.E. #63).

In San Juan, Puerto Rico, this 25th day of April 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

4/28/00 Address for Angel Ruiz-Rivera noted.

AO 72
(Rev 8/82)