## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



INSTITUTO DE EDUCACION UNIVERSAL, INC.,
AND ANGEL RUIZ RIVERA,

Plaintiff(s)

v.                           Civil No. 98-1300(SEC)

GREAT LAKES HIGHER EDUCATION CORP.
UNKNOWN INSURANCE COMPANY,

Defendant(s)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date Filed: 04-27-00 | Docket No. 73 | Title: **Informative Motion** |
| [ ] Plaintiff(s) | [ x ] Defendant(s) | |

| ORDER | |
|---|---|
| [ ] is GRANTED. | **Order:** |
| [ ] is DENIED. | The **Discovery Conference** set for May 3, 2000 is hereby **re-scheduled for May 25, 2000 at 9:00 a.m.** |
| [ ] is MOOT. | |
| [ ] is NOTED. | The parties are to be notified by telephone and mail. |
| [ X ] OTHER. | |

04-28-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge

*notified by phone:*
*Pedro Pierluisi - voice mail*
*F. Acevedo-Nogueras - thru Isabel*
*Santiago Palmer - thru Lucy*
*5/1/00   /w*