# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL, INC., et al.,

    Plaintiffs

    v.             CIVIL NO. 98-1300(SEC)

GREAT LAKES HIGHER EDUCATION CORP., et al.,

    Defendants

## DISCOVERY CONFERENCE REPORT

At the Discovery Conference held on May 25, 2000, the parties were represented by Counsel Santiago Palmer, Francisco Acevedo Nogueras, Pedro Pierluisi, and Lilly A. Oronoz.

Within the next ten (10) days: the parties will inform the Court if consent to proceed before this magistrate is going to be given; they are to inform the names of their respective witnesses; and "Sallie Mae" will provide the documents requested by plaintiffs. Lastly, plaintiffs will provide a sworn statement certifying that the documents requested by defendant "Great Lakes" do not exist.

Plaintiffs and defendant "Great Lakes" will make available to defendant "Sallie Mae" all of the discovery conducted between them prior to the inclusion of "Sallie Mae" as a defendant.

All discovery issues raised and pending before the Court have become MOOT.

The Joint Motion Requesting Substitution of Party, etc. (D.E. #79) is hereby GRANTED.

The parties were granted 120 days for the conclusion of all discovery and 30 days thereafter for the filing of dispositive motions.

The Final Pretrial Conference and Trial date are to be set by the Court.



AO 72
(Rev 8/82)

Notice should be taken by the Court that there is still pending defendant's Sallie Mae dispositive motion of June 29, 1999 (D.E. #32). It is the opinion of the concerned parties that if this motion is entertained by the Court, the parties will be placed in a more favorable position for the final disposition of the case.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of May, 2000.

J. ANTONIO CASTELLANOS  
UNITED STATES MAGISTRATE JUDGE

AO 72  
(Rev 8/82)