UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, et al.
    Plaintiffs

        v.         Civil No. 98-1300(SEC)

GREAT LAKES HIGHER
EDUCATION CORP., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 79**<br>"Joint Motion Requesting Substitution of Party Defendant . . . ." | Granted. |

DATE: June 21, 2000

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
United States District Judge

