UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER:   98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/12/01<br>**Title:** Motion for Withdraw Legal Representation<br>**Docket(s):** 93<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | GRANTED. The Court grants attorney Francisco L. Acevedo Noguera's request to withdraw as legal counsel for defendant Great Lakes Higher Education Corp. As well, the Court grants defendant a period of forty five (45) days to retain new legal counsel and inform the Court of such. |

Date:  March 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge