UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

    **Plaintiff(s)**

        v.                      CIVIL NUMBER: 98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/25/01<br>**Title:** Motion Requesting Dismissal of the Allegations of Co-Defendant Great Lakes for Failure to Comply with Court Order<br>**Docket(s):** 95<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | Defendant Great Lakes Higher Education Corp. is granted until June 20, 2001 to comply with the Court's Order of March 19, 2001. Otherwise, its pleadings shall be stricken and its default entered. |

Date: June 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge