# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

**Plaintiff(s)**

v.                                   CIVIL NUMBER:   98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/01<br>**Title:** Motion Requesting Dismissal of the Allegations of Co-Defendant Great Lakes for Failure to Comply with Court Order<br>**Docket(s):** 95<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | DENIED. |

Date: August 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


