ENTERED ON DOCKET
9/4/01 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC. and ANGEL
RUIZ-RIVERA, et al

    Plaintiffs                 CIVIL NO. 98-1300 (JAG)

    v.

GREAT LAKES HIGHER EDUCATION
GUARANTY CORPORATION, et al

    Defendants

**PARTIAL JUDGMENT**

Pursuant to the Opinion and Order issued August 28, 2001, the Court enters Partial Judgment dismissing the case against defendant Great Lakes Higher Education Guaranty Corporation.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of August, 2001.

JAY A. GARCIA-GREGORY
United States District Judge

100