UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/10/01<br>**Title:** Motion for Reconsideration of a Partial Summary Judgment<br>**Docket(s):** 101<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | Defendants shall reply to co-plaintiff's motion for reconsideration on or before September 25, 2001. |

Date: September 21, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge