# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

    **Plaintiff(s)**

        v.

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

    **Defendant(s)**

**CIVIL NUMBER:** 98-1300 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/20/01<br>**Title:** Motion Announcing New Legal Representation<br>**Docket(s):** 104<br>[ ] **Plff(s)**  [ x ] **Dft(s)**  [ ] **Other** | **GRANTED.** Copies of all future orders, motions, pleadings and other papers shall be notified to new counsel for Great Lakes Higher Education Guaranty Corporation at 1890 Pasionaria St., Río Piedras, PR 00927. |

**Date:** September 25, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge