IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC. and ANGEL
RUIZ-RIVERA

    Plaintiff(s)                CIVIL NO. 98-1300 (JAG)

    v.

GREAT LAKES HIGHER EDUCATION
CORP., UNKNOWN INSURANCE
COMPANY, et al

    Defendant(s)

## PARTIAL JUDGMENT

In accordance with the Opinion and Order entered on this same date, the Court grants partial judgment in favor of defendant Student Loan Marketing Association.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26th day of September, 2001.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge


