IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Instituto de Educacion Universal, Inc. etal.
Plaintiff(s)

Civil No. 98-1300 (SEC)

v.

Great Lakes Higher Education, etc., etal.
Defendant(s)

### DESCRIPTION OF MOTION

DATE FILED: 9-14-01   DOCKET #: 102   TITLE: Motion Seeking Substitution of Legal Representation

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)
[✓] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

### COMMENTS

Attorney Oronoz Rodriguez' withdrawal is Granted, and Attorney Perez' appearance is noted.

26 SEP 01
DATE

SALVADOR E. CASELLAS
United States District Judge

s/c: E. PEREZ
     L. ORONOZ
     P. PIERLUISI
     J. Fagot
     10/2/01

