IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC. and ANGEL
RUIZ-RIVERA, et al

    Plaintiffs                  CIVIL NO. 98-1300 (JAG)

    v.

GREAT LAKES HIGHER EDUCATION
GUARANTY CORPORATION, et al

    Defendants

## FINAL JUDGMENT

Pursuant to the Opinion and Order of this same date, the Court enters Final Judgment dismissing the complaint in its entirety.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of September, 2001.

                                    JAY A. GARCIA-GREGORY
                                    United States District Judge

s/c: E. Perez
     L. Oronoz
     P. Pierluisi
     J. Fagot
     F. Acevedo
     10/2/01