# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT -5 AM 10 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

   **Plaintiff(s)**

               v.                               **CIVIL NUMBER:**   98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

   **Defendant(s)**

---

| MOTION | ORDER |
|---|---|

**Date Filed:** 09/17/01
**Title:** Motion Withdrawing Legal    **GRANTED.**
         Representation
**Docket(s):** 103
[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other**

---

Date: October 3, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

