UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER:   98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/13/01<br>**Title:** Motion for Leave to Reply and to Submit Proposed Reply to Sallie Mae's Opposition to Angel Ruiz Rivera's Motion Regarding Final Judgment<br>**Docket(s):** 120<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | Leave to reply is **granted**. |

Date:  December 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: G. Richard
     J. Fagot