UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

    Plaintiff(s)

        v.                    CIVIL NUMBER: 98-1300 (JAG)

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 01/16/02<br>Title: Motion to Clarify Order<br>Docket(s): 124<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | The Court will regard the proposed reply as the actual reply. |

Date: January 25, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge