CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 APR 18 PM 1:55

RECEIVED AND FILED

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

**Plaintiff(s)**

CIVIL NO.   98-1300 (JAG)

v.

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**  10/09/01<br>**Title:** Motion Urging Suspension of Final Judgment Pending Review of Reply to Great Lakes Motion in Opposition to Co-Plaintiff's Motion for Reconsideration or in the Alternative Motion for Reconsideration of Final Judgment<br>**Docket(s):**  114 | The motion for reconsideration is **denied**, for substantially the same reason articulated in Docket No. 111. |

[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other

Date: April 16, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge