CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 18 PM 1:55

RECEIVED AND FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., ET AL

    **Plaintiff(s)**

    v.

GREAT LAKES HIGHER
EDUCATION CORP., ET AL

    **Defendant(s)**

CIVIL NO.   98-1300 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/09/01<br>**Title:** Motion Requesting Reconsideration of the Final Judgment<br>**Docket(s):** 115<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **DENIED.** |
| **Title:** Motion to Expunge Co-Plaintiff's Reply to Defendant's Opposition to Co-Plaintiff's Motion for Reconsideration be Expunged from the Record (11/01/01); Informative Motion (11/16/01)<br>**Docket(s):** 119, 121<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **MOOT.** |

Date: April 16, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge